

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF CALIFORNIA; et al.,<br><br>       Petitioners,<br><br> v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>       Respondents. | No. 25-5071<br><br>Environmental Protection Agency<br><br>ORDER |

The motion (Docket Entry No. 16) to stay appellate proceedings is granted in part. The briefing schedule is vacated.

Appellate proceedings are stayed until October 13, 2025. If no motion for further relief is filed before this date, the briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT