NOT YET SCHEDULED FOR ORAL ARGUMENT

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| State of California, et al, <br><br> Petitioners, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> Respondents. | No. 25-5071 |

**EPA's Consent Motion for an Extension
in light of Lapse of Appropriations**

The U.S. Environmental Protection Agency ("EPA") hereby moves for an extension of the current stay in the above-captioned case.

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including EPA. The Department does not know when such funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys and employees of EPA are prohibited from working, even on a voluntary basis, except in very limited

circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Undersigned counsel for the Department of Justice therefore requests a stay of the briefing deadlines until Congress has restored appropriations to the Department.

If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, the current stay in this case be extended commensurate with the duration of the lapse in appropriations – i.e., the stay would be extended by the total number of days of the lapse in appropriations.

Undersigned counsel conferred with Petitioners' counsel. Petitioners consent to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for an extension of the stay in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Submitted on October 1, 2025.

    Adam R.F. Gustafson
    *Acting Assistant Attorney General*

    Robert N. Stander

       *Deputy Assistant Attorney General*

       <u>*/s/ Jin Hyung Lee*</u>
       Jin Hyung Lee
       U.S. Department of Justice
       Environment & Natural Res. Div.
       Environmental Defense Section
       P.O. Box 7611
       Washington, D.C. 20044
       (202) 598-7264
       Jin.Hyung.Lee@usdoj.gov

**Certificates of Service and Compliance**

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this motion complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 257 words, excluding the parts exempted under Fed. R. App. P. 32(f). I further certify that this motion complies with Circuit R. 27-1(d) because it does not exceed 20 pages.

Finally, I certify that on October 1, 2025, I filed the foregoing with the Court's ACMS system, which will notify each represented party.

*/s/ Jin Hyung Lee*
Jin Hyung Lee